## Joan Merrill Frentress, Appellee, v. Harold Diehl Frentress, Appellant.

**Gen. No. 10,162.**

opinion filed September 26, 1947; released for publication October 20, 1947. J. L. Brearton and Winfield A. White, for appellant; Charles F. Kinney, for appellee. Opinion by JUSTICE DOVE. Not to be published in full.